**PHILLIPS NIZER**LLP

Court Plaza North
25 Main Street
Hackensack, NJ 07601-7015
201.487.3700
Fax 201.646.1764

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

www.phillipsnizer.com

**Robert M. Adams**
201.881.7004
radams@phillipsnizer.com

November 7, 2008

Hon. Dennis M. Cavanaugh, U.S.D.J.
U.S. Post Office and Courthouse Bldg.
Room 451
P.O. Box 999
Newark, New Jersey 07101-0999

    Re:    **Stephen DiSalvo v. Borough of Haworth**
            **Civil Action No. 08-4768 (DMC)**

Dear Judge Cavanaugh:

    This Firm represents Defendant Borough of Haworth in the above-referenced action. This will confirm that Defendant's opposition and, with the Court's permission, cross-motion, to the "Request for Emergency Determination of the Verified Complaint for Declaratory Judgment" of Plaintiff Stephen DiSalvo, *pro se*, is to be filed no later than November 17, 2008. Per the Court's instruction, this letter has been electronically filed, with a copy to Your Honor and Plaintiff by mail.

    The Court's attention to this matter is appreciated.

Respectfully,

Robert M. Adams

RMA:ama

cc:    Stephen DiSalvo (Via First-Class Mail and Certified Mail, RRR)

1061897.1