UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| *Plaintiff* <br><br> STEPHEN DISALVO <br><br> vs. <br><br> *Defendant* <br><br> BOROUGH OF HAWORTH | CIVIL ACTION NO. 08-4768 (DMC) <br><br><br> NOTICE OF CROSS-MOTION TO TRANSFER TO THE UNITED STATES BANKRUPTCY COURT |

TO:  Stephen DiSalvo, Pro Se
     172 Delaware Avenue
     Haworth, New Jersey 07641

ON NOTICE TO:  Robert B. Wasserman, Esq., Chapter 7 Trustee
               Wasserman, Jurista & Stolz, P.C.
               225 Millburn Avenue, Suite 207
               Millburn, New Jersey 07401

SIR:

**PLEASE TAKE NOTICE** that, on a day and time directed by the Court, the undersigned attorneys for defendant, Borough of Haworth, shall move before the Honorable Dennis M. Cavanaugh, U.S.D.C., at the United States Post Office and Courthouse, 1 Federal Square, Room 451, Newark, New Jersey 07101 for an Order transferring the within matter to the United States Bankruptcy Court for the purpose of being heard by the Bankruptcy Court in connection with a matter pending therein, entitled "In Re Stephen DiSalvo", Case No. 07-20047.

1062222.1

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion the undersigned shall rely upon the annexed Certification of Peter J. Scandariato, Esq., dated November 14, 2008. A proposed form of Order is also attached hereto.

        **Phillips Nizer LLP**
        Court Plaza North
        25 Main Street, Suite 601A
        Hackensack, New Jersey 07601
        (201) 487-3700
        (201) 646-1764 (fax)
        Attorneys for Defendant,
        Borough of Haworth

By:   /s/ Robert M. Adams
        **ROBERT M. ADAMS, ESQ.**
        **PETER J. SCANDARIATO, ESQ.**

**Dated: November 14, 2008**

1062222.1