CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| *Plaintiff*<br><br>STEPHEN DISALVO<br><br>vs.<br><br>*Defendant*<br><br>BOROUGH OF HAWORTH | CIVIL ACTION NO. 08-4768 (DMC)<br><br><br><br>ORDER OF TRANSFER |

THIS MATTER having been opened to the Court on Cross-Motion of Phillips Nizer LLP, Attorneys for defendant, Borough of Haworth; and it appearing to the Court that there is presently a matter pending in the United States Bankruptcy Court before the Honorable Donald H. Steckroth, U.S.B.J. entitled "In Re Stephen DiSalvo", Case No. 07-20047; and it appearing to the Court that the within matter arises out of and/or relates to said Bankruptcy matter; and the Court having considered the submissions and arguments of counsel and the plaintiff, pro se; and for good cause shown;

It is on this 9 day of Dec 2008;

**ORDERED** that the Motion of defendant, Borough of Haworth, to transfer the within matter to the United States Bankruptcy Court be and is hereby granted; and

1062220.1

**IT IS FURTHER ORDERED** that this matter be and is hereby transferred to the United States Bankruptcy Court for the purpose of being heard by the Bankruptcy Court in connection with the aforesaid matter presently pending therein; and

**IT IS FURTHER ORDERED** that a copy of this Order shall be forwarded to the Honorable Donald H. Steckroth, U.S.B.J. and served upon the plaintiff and the Chapter 7 Trustee within __5__ days of its receipt by defendant's counsel.

_____
Hon. Dennis M. Cavanaugh, U.S.D.J.